partment. December 20, 1901.) Action by the India Rubber Company against Edward A. Katz and another. No opinion. Motion denied, with $10 costs.

INTERNATIONAL METAL LATH CO., Appellant, v. CARR, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by the International Metal Lath Company against John H. Carr. No opinion. Order affirmed, with $10 costs and disbursements.

JAEGER v. KOENIG. (Supreme Court, Appellate Division, First Department. February 14, 1902.) Action by Mary L. Jaeger against Margaretha Koenig. No opinion. Motion denied.

JARVIS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1902.) Action by Estelle L. Jarvis against the Metropolitan Street Railway Company. No opinion. Motion denied.

, JONES v. JONES. (Supreme Court, Appellate Division, First Department. February 14, 1902.) Action by Mary A. Jones against Adelaide Jones. No opinion. Motion granted. Questions to be certified on settlement of order.

JONES, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by Emelie K. Jones against the Union Railway Company of New York City. No opinion. Judgment and order affirmed.

KEEFE, Appellant, v. BANNIN, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1902.) Action by Daniel F. Keefe against William A. Bannin. No opinion. Motion denied, with $10 costs.

KELLAS et al., Respondents, v. McLAUGHLIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by John P. Kellas and Mary Munsill, executrix, etc., against Sarah McLaughlin and another. No opinion. Judgment unanimously affirmed, with costs.

KELLOGG v. ALBANY & H. RY. & POWER CO. (Supreme Court, Appellate Division, Third Department. January 14, 1902.) Action by Bradford D. Kellogg, as administrator, etc., of Maud M. Kellogg, deceased, against the Albany & Hudson Railway & Power Company. No opinion. Motion denied, with $10 costs.

KELLY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by James Kelly against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

KENNEDY, Respondent, v. QUIRK, Appellant. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by James Kennedy against Patrick Quirk. No opinion. Order affirmed, with costs.

KENNY, Respondent, v. VOIT et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Katherine E. Kenny against Selig Voit and others. T. H. Levy, for appellants. W. Arrowsmith, for respondent. No opinion. Judgment affirmed, with costs.

KILEY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by Jeremiah Kiley against the Metropolitan Street Railway Company. No opinion. Order reversed, with $10 costs and disbursements, on authority of Binder v. Railway Co. (decided January 17, 1902) 74 N. Y. Supp. 54.

KIRKWOOD, Respondent, v. SMITH, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by Thomas Kirkwood against Harry M. Smith, impleaded, etc. No opinion. Motion denied.

KNICKERBOCKER TRUST CO., Respondent, v. LAWSON, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1901.) Action by the Knickerbocker Trust Company against Belle H. Lawson, individually, etc. C. K. Beekman, for appellant. W. M. Delancey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KNOPF v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. December 20, 1901.) Action by Louis Knopf, an infant, against the Metropolitan Street Railroad Company. No opinion. Motion granted, with $10 costs.

KOEHLER, Appellant, v. BARKER, Respondent. (Supreme Court, Appellate Division, Second Department. January 30, 1902.) Action by Augustus J. Koehler against Louisa J. Barker. No opinion. Judgment modified, on argument, by striking out the provisions for costs, and. as modified, affirmed, without costs of this appeal.

KOLLMAN, Respondent, v. NAUGHTON et al., Appellants. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by Mary H. Kollman, as administratrix, against Bernard Naughton and another. H. S. Marshall, for appellants. J. J. Gleason, for respondent. No opinion. Judgment and order affirmed, with costs.